# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Sheila Johnston ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 3:21-cv-441 |
| Kashi Sales, L.L.C. ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Kashi Sales, L.L.C._____.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Illinois (active); Indiana (inactive good standing). The state and federal bar numbers issued to me are: 6203600 (Illinois); 15238-64 (Indiana).

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Jun 3, 2021
Date

*Signature of Movant*

Jenner & Block LLP, 353 North Clark Street
Street Address

Dean N. Panos
Printed Name

Chicago, Illinois 60654
City, State, Zip