# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### BENTON DIVISION

| | |
|---|---|
| Sheila Johnston, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    - against -<br><br>Kashi Sales, L.L.C.,<br><br>                Defendant | 3:21-cv-00441-NJR |

## STIPULATION TO MODIFY CLASS CERTIFICATION DEADLINES

WHEREAS, on October 27, 2022, this Court approved the Parties' proposed scheduling and discovery order setting Plaintiff's class certification motion to be due on April 7, 2023, Kashi's opposition to be due on June 9, 2023, and Plaintiff's reply to be due on July 7, 2023;

WHEREAS, the Parties are engaging in discussions regarding reaching a resolution of this matter and have agreed in the interest of conserving judicial resources to extend the Class Certification deadlines including disclosures and expert witnesses by sixty days;

WHEREAS, this extension will not impact the date of any court appearance, deadline for completing all discovery, or the deadline for filing dispositive motions;

IT IS HEREBY STIPULATED, subject to the Court's approval, the Class Certification deadlines including disclosures and expert witnesses shall be extended by sixty days.

Dated:   April 5, 2023

                                                                                     Respectfully submitted,

| | |
|---|---|
| Jenner & Block LLP<br>/s/Alexander M. Smith<br>asmith@jenner.com<br>515 S Flower St Ste 3300<br>Los Angeles CA 90071<br>Tel: (212) 239-5100<br>*Attorneys for Defendant* | Sheehan & Associates, P.C.<br>/s/Spencer Sheehan<br>spencer@spencersheehan.com<br>60 Cuttermill Rd Ste 409<br>Great Neck NY 11021<br>Tel: (516) 268-7080<br>*Attorneys for Plaintiff* |