UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Sheila Johnston, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   - against -<br><br>Kashi Sales, L.L.C.,<br><br>      Defendant | 3:21-cv-00441-NJR<br><br>Hon. Nancy J. Rosenstengel |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sheila Johnston and Defendant Kashi Sales, L.L.C., through their undersigned counsel, hereby stipulate and agree that this proceeding is dismissed, in its entirety, with prejudice, each party bearing its own fees and costs.

Dated: April 12, 2023

| | |
|---|---|
| SHEEHAN & ASSOCIATES, P.C. | JENNER & BLOCK LLP |
| /s/ *Spencer Sheehan*<br>Spencer Sheehan<br>60 Cuttermill Rd Ste 409<br>Great Neck NY 11021<br>Tel: (516) 268-7080<br>spencer@spencersheehan.com | /s/ *Alexander M. Smith* (with consent)<br>Alexander M. Smith<br>515 South Flower St Ste 3300<br>Los Angeles CA 90071<br>Tel: (213) 239-5100<br>asmith@jenner.com |
| *Attorneys for Plaintiff* | Dean N. Panos<br>353 N Clark St<br>Chicago IL 60654<br>Tel: (312) 222-9350<br>dpanos@jenner.com |
| | *Attorneys for Defendant* |