### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SHEILA JOHNSTON, individually and on behalf of all others similarly situated,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 3:21-CV-441-NJR** |
| **KASHI SALES, L.L.C.,** | |
| **Defendant.** | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal dated April 12, 2023 (Doc. 44), this entire action is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**DATED:   April 12, 2023**

MONICA A. STUMP,
Clerk of Court

By:  **s/ *Deana Brinkley***
Deputy Clerk

APPROVED: 
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**